IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHYLLIS RICKARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>    Defendant. | 8:25CV732<br><br>ORDER TO SHOW CAUSE |

Upon review of the docket, Plaintiff commenced this case in the District Court for Hall County, Nebraska on November 18, 2025, and Defendant was served on November 20, 2025. (Filing No. 1-1). Defendant removed the case to the United States District Court for the District of Nebraska on December 19, 2025. (Filing No. 1). Plaintiff and Defendant each filed a Corporate Disclosure Statement on January 9, 2026 (Filing No. 5; Filing No. 6), but no answer or other response has been filed by Defendant and the time for doing so has passed. See Fed. R. Civ. P. 81(c)(2).

Accordingly,

IT IS ORDERED: On or before February 10, 2026, Defendant shall show cause why it has failed to file a timely answer or other response to the complaint.

Dated this 21st day of January, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge